UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



BARRY LINTON,

    Plaintiff

v.

NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION,

    Defendant.

C.A. No. 04-11362-RWZ

### JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

The Plaintiff Barry Linton ("Linton") and the Defendant New York Life Insurance and Annuity Corporation ("New York Life"), hereby stipulate and agree that the Defendant's time to plead, move, or otherwise respond to the Plaintiff's Complaint shall be extended to and including July 23, 2004. This is the parties' first request for an extension of time.

BARRY LINTON

By his attorneys,

_____
Richard J. Grahn (BBO #206620)
P. Andy Henderson, Jr. (BBO #655891)
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

NEW YORK LIFE INSURANCE
AND ANNUITY CORPORATION.

By its attorneys,

_____
John D. Donovan, Jr. (BBO # 130950)
Robert G. Jones (BBO #630767)
Levina Wong (BBO #654510)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: July 2, 2004

9482875_2

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2004, I served a copy of the parties' Joint Stipulation to Extend Time for Defendants to Respond to Complaint, by hand, upon P. Andy Henderson, Jr., Looney & Grossman LLP, 101 Arch Street, Boston, MA 02110, counsel for Plaintiff.

*/s/ Levina Wong*
Levina Wong

9483819_1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARRY LINTON,

    Plaintiff

v.

NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,

    Defendant.

C.A. No. 04-11362-RWZ

## NOTICE OF APPEARANCE

Please enter the appearance of Levina Wong of the firm Ropes & Gray LLP on behalf of the Defendant New York Life Insurance and Annuity Corporation.

NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION

By its attorneys,

/s/ Levina Wong
John D. Donovan, Jr. (BBO # 130950)
Robert G. Jones (BBO # 630767)
Levina Wong (BBO #654510)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: July 2, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 02/02/04  /s/ Levina Wong

9483011_1

# ROPES & GRAY

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F-617-951-7050
BOSTON    NEW YORK    SAN FRANCISCO    WASHINGTON, DC

July 2, 2004

Levina Wong
(617) 951-7903
lwong@ropesgray.com

**BY HAND**

Office of the Clerk
United States Court of Appeals
First Judicial Circuit
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Barry Linton v. New York Life Insurance and Annuity Corporation*
            Civil Action No. 04-11362(RWZ)

Dear Sir/Madam:

    Enclosed for filing in the above-referenced matter please find:

1. Notice of Appearance of Levina Wong for the Defendant New York Life Insurance and Annuity Corporation.

2. Joint Stipulation to Extend Time for Defendant to Respond to Complaint.

    Please date-stamp the enclosed copy of this letter and return it to the messenger. Thank you for your assistance with this matter. If you have any questions please do not hesitate to call me.

Sincerely,

*Levina Wong*
Levina Wong

Enclosures

cc: P. Andy Henderson, Esq.

9482692.1