*Suffolk Superior Civil # 04-2269*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                  SUPERIOR COURT DEPARTMENT
                                              OF THE TRIAL COURT

*U.S. DIST # 04-11362 RWZ*

BARRY LINTON,                )
                             )
            Plaintiff,       )
                             )      CIVIL ACTION NO. 04-2269 BLS
       v.                    )
                             )
NEW YORK LIFE INSURANCE      )
AND ANNUITY CORPORATION,     )
                             )
            Defendant.       )
                             )

## NOTICE OF FILING NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE SUPERIOR COURT OF THE TRIAL
   COURT DIVISION OF THE COMMONWEALTH OF MASSACHUSETTS

NOTICE IS HEREBY GIVEN that on the 15th day of June, 2004, Defendant New York Life Insurance and Annuity Corporation filed a Notice of Removal of this action in the United States District Court for the District of Massachusetts. A true copy of the Notice

of Removal so filed is attached hereto as Exhibit 1. The State Court shall proceed no further.

NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION

By its attorney,

I HEREBY ATTEST AND CERTIFY ON
JUNE 22, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

John D. Donovan, Jr. (BBO #130950)
Robert G. Jones (BBO #630767)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: June 15, 2004

**CERTIFICATE OF SERVICE**

I certify a true copy of this document was served upon the attorney of record for the plaintiff by hand on June 15, 2004.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY LINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No._____ |
| ) | |
| NEW YORK LIFE INSURANCE ) | |
| AND ANNUITY CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, defendants New York Life Insurance and Annuity Corporation ("NYLIAC") hereby remove the above-captioned action to the United States District Court for the District of Massachusetts. As grounds for the removal of this action, NYLIAC states:

1. On May 24, 2004 Barry Linton ("Linton") commenced this action against NYLIAC by filing a complaint in the Massachusetts Superior Court entitled <u>Barry Linton</u> v. <u>New York Life Insurance and Annuity Corporation</u>, Suffolk Superior Court, Civil Action No. 04-2269 BLS ("the complaint"), a copy of which is attached.

2. The complaint was served upon the Defendant on or about May 27, 2004.

3. Linton alleges in the complaint that he resides at 9 New Meadow Lane, Topsfield, Massachusetts. NYLIAC is a Delaware corporation with its principal place of business in New York. Thus, the controversy is between citizens of different states within the meaning of 28 U.S.C. § 1332.

9467585_1

4. In its complaint, Linton asserts a right to recover compensatory damages and restitution of funds. While Linton failed to file a Statement of Damages, his complaint alleges that he has suffered substantial injury. The amount in controversy between the parties exceeds the sum or value of $75,000, exclusive of interest and costs.

WHEREFORE, the Defendants say that this court has original jurisdiction of the action pursuant to 28 U.S.C. § 1332, and that the action is properly removable pursuant to 28 U.S.C. § 1441.

NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION

By its attorney,

*[signature]*

John D. Donovan, Jr. (BBO # 130950)
Robert G. Jones (BBO #630767)
ROPES & GRAY. LLP
One International Place
Boston, Massachusetts 02110
Tel. (617) 951-7000

Dated: June 15, 2004

## CERTIFICATE OF SERVICE

I certify that, on June 15, 2004, I caused a copy of this Notice of Removal to be served on counsel for plaintiffs by hand.

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

### SUCV2004-02269
### Linton v New YorkLife Ins & Annuity Corp

| | | | |
|---|---|---|---|
| **File Date** | 05/24/2004 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 06/22/2004 | **Session** | BLS - CtRm 6 |
| **Origin** | 1 | **Case Type** | BE1 - Fraud, business torts, etc |
| **Lead Case** | | **Track** | B |

| | | |
|---|---|---|
| **Service** | **Answer** | **Rule12/19/20** |
| **Rule 15** | **Discovery** | **Rule 56** |
| **Final PTC** | **Disposition** | **Jury Trial** No |

**PARTIES**

**Plaintiff**
Barry Linton
Active 05/24/2004

**Private Counsel 655891**
Andy Henderson
Looney & Grossman
101 Arch Steet
Boston, MA 02110
Phone: 617-951-2800
Fax: 617-951-2819
Active 05/24/2004 Notify

**Defendant**
New YorkLife Ins & Annuity Corp
Served: 06/05/2004
Served (answr pending) 06/14/2004

**Private Counsel 130950**
John D Donovan Jr
Ropes & Gray
1 International Place
Boston, MA 02110-2624
Phone: 617-951-7000
Fax: 617-951-7050
Active 06/22/2004 Notify

**Private Counsel 630767**
Robert G Jones
Ropes & Gray
1 International Place
Boston, MA 02110
Phone: 617-951-7000
Fax: 617-951-7050
Active 06/22/2004 Notify

**ENTRIES**

| Date | Paper | Text |
|---|---|---|
| 05/24/2004 | 1.0 | Complaint (Business) |
| 05/24/2004 | | Origin 1, Type BE1, Track B. |
| 05/24/2004 | 2.0 | Civil action cover sheet filed |
| 05/27/2004 | 3.0 | Notice of Acceptance into Business Litigation Session (vanGestel,J) (Dated 5/26/04) notice sent 5/26/04 |
| 06/14/2004 | 4.0 | SERVICE RETURNED: New YorkLife Ins & Annuity Corp (Defendant) by delivering in hand to Patrice Fischer, pereson in charge on 6/05/04 |
| 06/15/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Defts. New York Life Insurance And Annuity Corporation U. S. |

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2004-02269
### Linton v New YorkLife Ins & Annuity Corp

| Date | Paper | Text |
|---|---|---|
| | | Dist.#(04-11362RWZ). |
| 06/22/2004 | | Case REMOVED this date to US District Court of Massachusetts |

, HEREBY ATTEST AND CERTIFY ON

JUNE 22, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____

ASSISTANT CLERK.