SCANNED

DATE _____

BY: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY LINTON,<br><br>Plaintiff<br><br>v.<br><br>NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>Defendant. | C.A. No. 04-11362-RWZ |

## ASSENTED-TO MOTION TO ENLARGE TIME

The plaintiff Barry Linton ("Linton") hereby moves that Linton's time to respond to the Defendant's Motion to Dismiss shall be extended to and including September 3, 2004. Presently, Linton's response is due on August 6, 2004. As indicated below the defendant has assented to this motion.

WHEREFORE, plaintiff Barry Linton prays that the Court allow this motion and enlarge the time in which he must file his response to the defendant's Motion to Dismiss from August 6, 2004 to September, 3, 2004.

BARRY LINTON

By his attorneys,

_____
Richard J. Grahn (BBO #206620)
P. Andy Henderson, Jr. (BBO #655891)
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

NEW YORK LIFE INSURANCE
AND ANNUITY CORPORATION.

By its attorneys,

_____
John D. Donovan, Jr. (BBO #130950)
Robert G. Jones (BBO #630767)
Levina Wong (BBO #654510)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: July 29, 2004

10567/000/pld/03