UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY LINTON, | : |
|     Plaintiff | : |
| *v.* | : |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | :    C.A. No. 04-11362-RWZ |
|     Defendant. | : |

**ASSENTED TO MOTION TO ENLARGE TIME**

    The Defendant New York Life Insurance and Annuity Corporation ("New York Life") hereby moves that New York Life's time to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss shall be extended to and including September 17, 2004. Presently, New York Life's Reply is due on September 13, 2004. As indicated below the plaintiff has assented to this motion.

    WHEREFORE, defendant New York Life prays that the Court allow this motion and enlarge the time in which it must file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss from September 13, 2003 to September 17, 2004.

9531487_1

|  |  |
|---|---|
| BARRY LINTON | NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION. |
| By his attorneys, | By its attorneys, |
| /s/ P. Andy Henderson, Jr. | /s/ Levina Wong |
| Richard J. Grahn (BBO #206620) | John D. Donovan, Jr. (BBO # 130950) |
| P. Andy Henderson, Jr. (BBO #655891) | Robert G. Jones (BBO #630767) |
| Looney & Grossman LLP | Levina Wong (BBO #654510) |
| 101 Arch Street | Ropes & Gray LLP |
| Boston, MA 02110 | One International Place |
| (617) 951-2800 | Boston, MA 02110 |
|  | (617) 951-7000 |

Dated: September 7, 2004