UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY LINTON,<br><br>　　　　Plaintiff<br><br>v.<br><br>NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:　C.A. No. 04-11362-RWZ<br>:<br>:<br>: |

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**

The defendant in the above-captioned action and its undersigned representatives hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of litigation; and (b) to consider a resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Robert Karmen
Associate General Counsel
NEW YORK LIFE INSURANCE AND
　　ANNUITY CORPORATION
1 Rockwood Road
Sleepy Hollow, New York 10591
(914) 846-3630

_____
John D. Donovan, Jr. (BBO # 130950)
Robert G. Jones (BBO #630767)
Levina Wong (BBO #654510)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

Attorneys for Defendant

Dated: April 14, 2005