UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY LINTON, | : |
| Plaintiff | : |
| v. | : |
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, | : C.A. No. 04-11362-RWZ |
| Defendant. | : |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

The plaintiff in the above captioned action and his undersigned representatives hereby certify that they have conferred:

a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

b) to consider the resolution of the litigation the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Barry Linton
9 New Meadow Lane
Topsfield, MA 01983-2000
(978) 561-3100

_____
Richard J. Grahn (BBO #206620)
P. Andy Henderson, Jr. (BBO#655891)
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

Attorneys for Plaintiff

Dated April 20, 2005

10567/000/pld/16