EXHIBIT 4

JOANN D. LEPKE
12-5-05

COPY

Page 1

1              UNITED STATES DISTRICT COURT

2              DISTRICT OF MASSACHUSETTS

3                        C.A. No. 04-11362-RWZ

4      ***********************************

5      BARRY LINTON,

6                    Plaintiff,

7          v.

8      NEW YORK LIFE INSURANCE AND

9      ANNUITY CORPORATION,

10                   Defendant.

11     ***********************************

12                   DEPOSITION OF JOANN D. LEPKE, a

13     witness called on behalf of the Defendant, taken

14     pursuant to the Federal Rules of Civil

15     Procedure, before Maureen O'Connor Pollard, RPR

16     and Notary Public within and for the

17     Commonwealth of Massachusetts, at the offices of

18     Ropes & Gray, One International Place, Boston,

19     Massachusetts, on the 5th of December, 2005,

20     commencing at 12:50 o'clock p.m.

21

22

23

24

JOANN D. LEPKE
12-5-05

Page 34

1       Q.    What sort of things do you recall that

2    you did to evaluate whether or not you and your

3    husband should invest in a variable universal

4    life policy?

5       A.    I did a lot of the initial weeding out

6    of looking at the Morningstar disk, doing a lot

7    of the phone calls to many of the different

8    insurance providers to see if they limited the

9    number of exchanges or if they allowed telephone

10   exchanges among the investment divisions.  That

11   was one of the ways -- that was one of my

12   initial jobs.

13      Q.    Did you participate in phone calls or

14   e-mail communications with Paul Redfearn, a New

15   York Life agent?

16      A.    Yes.

17      Q.    Did you participate in phone calls or

18   e-mail communications with any other agents?

19      A.    No.

20      Q.    When you referred to the review of the

21   Morningstar disk, what were you referring to?

22      A.    Morningstar is a publication that we

23   purchased which gives data about different

24   products, they're more widely known for their

JOANN D. LEPKE
12-5-05

Page 44

1    investing in a New York Life variable universal

2    life policy, were you present for every

3    discussion that your husband had with him?

4         A.   I don't know.

5         Q.   And was your husband present for every

6    in person discussion that you had with him?

7         A.   I don't know.

8         Q.   Did Mr. Redfearn at any time that

9    you're aware of personally state or suggest in

10   any way that the 1999 policy in which you were

11   investing would be governed for all time by the

12   prospectus that existed in 1999?

13        A.   Absolutely.

14        Q.   And you were present for him saying

15   that?

16        A.   Yes.

17        Q.   And can you just tell me as precisely

18   as you can exactly the words you recall him

19   using, if you do recall the exact words?

20        A.   He made it clear over and over from

21   front, back, sideways, upside down, top and

22   bottom that this prospectus would govern the

23   policy.

24        Q.   And I take that, and that's -- I

JOANN D. LEPKE
12-5-05

Page 45

1    accept that, and now I just want you to tell me

2    whether beyond that, which I understand, you can

3    recall anything specific that he said about

4    that, or whether you're just recalling --

5         A.   One of the things that he said on the

6    first mailing that I had of a new prospectus, I

7    called him and said "Paul, what is this new

8    prospectus in the mail?  Why do I have it?"  And

9    you said "I don't know, but it is my

10   understanding that the original prospectus

11   governs your policy.  You can throw that one

12   away."

13        Q.   So we're talking now about a 2000

14   prospectus?

15        A.   2000.

16        Q.   You recall in or around May of 2000

17   receiving a year 2000 New York Life prospectus?

18        A.   Yes.

19        Q.   And in response to receiving that

20   prospectus, your testimony is you called Mr.

21   Redfearn?

22        A.   Yes, worried.

23        Q.   And worried about what?

24        A.   Worried about why am I getting another

JOANN D. LEPKE
12-5-05

Page 46

1  prospectus when I had been assured that the 1999

2  prospectus was the prospectus that goes with our

3  policy.

4       Q.   Did you review the year 2000

5  prospectus and --

6       A.   No.

7       Q.   The answer is?

8       A.   No.

9       Q.   So there was nothing in particular in

10  the 2000 prospectus which caused you to worry,

11  is that fair to say?

12       A.   That is fair to say.

13       Q.   It's simply the receipt of it that

14  caused you to worry?

15       A.   Yes.

16       Q.   Okay.  And then you called Mr.

17  Redfearn sometime, we'll just stipulate it was

18  sometime around the time you received that

19  prospectus?

20       A.   Yes.

21       Q.   And you asked him the question?

22       A.   Yes.

23       Q.   And on that occasion he assured you

24  that it was his understanding that the 1999