EXHIBIT 6

# NYLIAC VARIABLE UNIVERSAL LIFE

### Prospectus
### May 1, 1999



NEW YORK LIFE — *The Company You Keep*

BL0142

The number of votes of the Portfolio which are available will be determined as of the date established by that Portfolio for determining shareholders eligible to vote at the meeting of the relevant Fund. Voting instructions will be solicited by written communication prior to such meeting in accordance with procedures established by the relevant Fund.

Fund shares as to which no timely instructions are received will be voted in proportion to the voting instructions which are received with respect to all policies participating in that Investment Division. Voting instructions to abstain on any item to be voted upon will be applied on a pro rata basis to reduce the votes eligible to be cast. Each person having a voting interest in an Investment Division will receive proxy material, reports and other materials relating to the appropriate Portfolio.

## OUR RIGHTS

We reserve the right to take certain actions in connection with our operations and the operations of the Separate Account. These actions will be taken in accordance with applicable laws (including obtaining any required approval of the SEC and any other required regulatory approvals). If necessary, we will seek your approval.

Specifically, we reserve the right to:
* add or remove any Investment Division;
* create new separate accounts;
* combine the Separate Account with one or more other separate accounts;
* operate the Separate Account as a management investment company or in any other form permitted by law;
* deregister the Separate Account;
* manage the Separate Account under the direction of a committee or discharge such committee at any time;
* transfer the assets of the Separate Account to one or more other separate accounts; and
* restrict or eliminate any of the voting rights of policyowners or other persons who have voting rights as to the Separate Account.

NYLIAC also reserves the right to change the names of the Separate Account.

BL0181

### Transfers to Investment Divisions and to the Fixed Account

Amounts may be transferred from the Fixed Account to the Investment Divisions, subject to the following conditions.

1. *Maximum Transfer.* The maximum amount you are allowed to transfer from the Fixed Account to the Investment Divisions during any Policy Year is 20% of the value in the Fixed Account at the beginning of the Policy Year.

2. *Minimum Transfer.* The minimum amount that you may transfer from the Fixed Account to the Investment Divisions is the lesser of (i) $500 or (ii) the value in the Fixed Account. In most states, we will consider transfers of amounts less than this minimum.

3. *Minimum Remaining Value.* If, after a contemplated transfer, the remaining values in the Fixed Account would be less than $500, we have the right to include that amount in the transfer.

We reserve the right to limit transfers from the Investment Divisions to the Fixed Account after the first two Policy Years. In New Jersey and New York after the first two Policy Years, you may not make more than 12 transfers to the Fixed Account in any one Policy Year. You should review your policy for further details.

Transfer requests must be in writing on a form approved by NYLIAC or by telephone in accordance with established procedures.

See the policy for details and a description of the Fixed Account.

### Procedures for Telephone Transfers

You may effect telephone transfers in two ways. You may directly contact a service representative at (800)598-2019. You may also request access to an electronic service known as a Voice Response Unit (VRU). The VRU will permit the unassisted transfer of monies among the Investment Divisions and/or the Fixed Account and change of allocation of future payments. If you intend to conduct telephone transfers through the VRU, you must complete a Telephone Authorization Form. We reserve the right to temporarily discontinue the availability of the VRU.

We will undertake reasonable procedures to confirm that instructions communicated by telephone are genuine. Before a service representative accepts any requests, callers will be asked for their social security number and address. All calls will also be recorded. A Personal Identification Number (PIN) will be assigned to all policyowners who request VRU access. The PIN is selected by and known only to the policyowner. Proper entry of the PIN is required before any transactions will be allowed through the VRU. Furthermore, we will confirm all transactions performed over the VRU and all transactions effected with a service representative, in writing. NYLIAC is not liable for any loss, cost or expense for action on telephone instructions which are believed to be genuine in accordance with these procedures. Telephone transfer requests must be received no later than 4:00 p.m. Eastern Time to assure same-day processing. Requests received after 4:00 p.m. will be processed at the end of the next Business Day.

BL0185