UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARRY LINTON
                Plaintiff

V.

NEW YORK LIFE INS. AND ANNUITY CORP.
                Defendant

CIVIL ACTION

NO.  04CV11362-RWZ

## JUDGMENT

ZOBEL, D. J.

    In accordance with the MEMORANDUM AND DECISION AND ORDER entered 9/18/06;

        JUDGMENT is entered for the DEFENDANT on Counts I, II, V and VI and dismissing Counts III, IV and VII.

                                            By the Court,

  9/19/06                                         s/ Lisa A. Urso
Date                                                Deputy Clerk