APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11362-RWZ

Linton v. New York Life Insurance and Annuity Corporation
Assigned to: Judge Rya W. Zobel
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 06/16/2004
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Barry Linton**　　represented by　**Perry A. Henderson**
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110
617-951-2800
Fax: 617-951-2819
Email: ahenderson@lgllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Grahn**
Looney & Grossman
101 Arch Street
Boston, MA 02110
617-951-2800
Fax: 617-951-2819
Email: rgrahn@lgllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New York Life Insurance and Annuity Corporation**　　represented by　**John D. Donovan, Jr.**
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7566
Fax: 617-951-7050

Email: jdonovan@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert G. Jones**
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7564
Fax: 617-951-7050
Email: robert.jones@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Levina Wong**
Ropes & Gray
One International Place
Boston, MA 02110
617-951-7903
Fax: 617-951-7050
Email: lwong@ropesgray.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2004 | 1 | NOTICE OF REMOVAL by New York Life Insurance and Annuity Corporation from Essex Superior, case number 04-2269. $ 150, receipt number 56624, filed by New York Life Insurance and Annuity Corporation.(Johnson, Jay) (Entered: 06/18/2004) |
| 06/16/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Johnson, Jay) (Entered: 06/18/2004) |
| 07/02/2004 | 3 | STATE COURT Record New York Life Insurance and Annuity Corporation served on 6/5/2004, answer due 6/25/2004.. (Johnson, Jay) (Entered: 07/20/2004) |
| 07/08/2004 | 2 | STIPULATION extending time for defendant to respond to complaint to 7/23/04 by Barry Linton, New York Life Insurance and Annuity Corporation. (Johnson, Jay) (Entered: |

| | | |
|---|---|---|
| | | 07/08/2004) |
| 07/23/2004 | 4 | MOTION to Dismiss by New York Life Insurance and Annuity Corporation.(Urso, Lisa) (Entered: 07/26/2004) |
| 07/23/2004 | 5 | MEMORANDUM in Support re 4 MOTION to Dismiss filed by New York Life Insurance and Annuity Corporation. (Urso, Lisa) (Entered: 07/26/2004) |
| 07/23/2004 | 6 | DECLARATION of Levina Wong re 4 MOTION to Dismiss by New York Life Insurance and Annuity Corporation. (Urso, Lisa) (Entered: 07/26/2004) |
| 07/30/2004 | 7 | Assented to MOTION for Extension of Time to 9/3/04 to respond to motion to dismiss by Barry Linton.(Urso, Lisa) (Entered: 08/02/2004) |
| 08/02/2004 | | Judge Rya W. Zobel : electronic ORDER entered granting 7 Motion for Extension of Time. Response due 9/3/04. (Urso, Lisa) (Entered: 08/02/2004) |
| 09/07/2004 | | Notice of correction to docket made by Court staff. Correction: #8 opposition to motion to dismiss, filed on 9/3/04 corrected because: Pleading had no front descriptive page, pleading was deleted and will be re-filed by counsel (Johnson, Jay) (Entered: 09/07/2004) |
| 09/07/2004 | 8 | First MEMORANDUM in Opposition re 4 MOTION to Dismiss filed by Barry Linton. (Grahn, Richard) (Entered: 09/07/2004) |
| 09/07/2004 | 9 | Assented to MOTION for Extension of Time to September 17, 2004 to File Response/Reply as to 8 Memorandum in Opposition to Motion *to Dismiss* by New York Life Insurance and Annuity Corporation.(Wong, Levina) (Entered: 09/07/2004) |
| 09/13/2004 | | Judge Rya W. Zobel : electronic ORDER entered granting 9 Motion for Extension of Time to File Response/Reply re 9 Assented to MOTION for Extension of Time to September 17, 2004 to File Response/Reply as to 8 Memorandum in Opposition to Motion *to Dismiss* Replies due by 9/17/2004. (Urso, Lisa) (Entered: 09/13/2004) |
| 09/17/2004 | 10 | REPLY to Response to Motion re 4 MOTION to Dismiss filed by New York Life Insurance and Annuity Corporation. (Donovan, John) (Entered: 09/17/2004) |

| | | |
|---|---|---|
| 12/03/2004 | 11 | Automatic Document disclosure by Barry Linton.(Johnson, Jay) (Entered: 12/07/2004) |
| 02/08/2005 | 12 | Motion to Stay Discovery by New York Life Insurance and Annuity Corporation. (Attachments: # 1 Memorandum of Law in Support of Motion to Stay Further Discovery)(Wong, Levina) Modified on 2/9/2005 (Johnson, Jay). (Entered: 02/08/2005) |
| 02/09/2005 | | Notice of correction to docket made by Court staff. Correction:. "#12 motion for protective order corrected because: Wrong Event. (the document is a motion to stay discovery, the clerk will fix to reflect the pleading) (Johnson, Jay) (Entered: 02/09/2005) |
| 02/18/2005 | 13 | Opposition re 12 MOTION for Protective Order filed by Barry Linton. (Attachments: # 1 Brief in support of opposition and cross motion to compel depositions and for sanctions.# 2 Exhibit First deposition notice# 3 Exhibit Second deposition notice)(Henderson, Perry) (Entered: 02/18/2005) |
| 03/01/2005 | 14 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM AND OPINION. "Accordingly, defendants motion to dismiss is allowed as to Count 7 and denied as to Counts 1,2,5,and 6". (Johnson, Jay) (Entered: 03/01/2005) |
| 04/01/2005 | 15 | ANSWER to Complaint by New York Life Insurance and Annuity Corporation.(Donovan, John) (Entered: 04/01/2005) |
| 04/04/2005 | 16 | NOTICE of Scheduling Conference Scheduling Conference set for 5/4/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 04/04/2005) |
| 04/13/2005 | | NOTICE OF RESCHEDULING Scheduling Conference reset for 4/28/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 04/13/2005) |
| 04/15/2005 | 17 | CERTIFICATION pursuant to Local Rule 16.1 by New York Life Insurance and Annuity Corporation.(Donovan, John) (Entered: 04/15/2005) |
| 04/20/2005 | 18 | CERTIFICATION pursuant to Local Rule 16.1 by Barry Linton.(Henderson, Perry) (Entered: 04/20/2005) |
| 04/21/2005 | 19 | JOINT SUBMISSION pursuant to Local Rule 16.1 *concerning proposed pretrial schedule* by Barry Linton.(Henderson, Perry) (Entered: 04/21/2005) |

| | | |
|---|---|---|
| 04/28/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 4/28/2005. Judge accepts joint statement par. 1,2, 3, & 4; Motions due by no later than 12/2/2005; oppositions 3 weeks after; hearing to be set; (Urso, Lisa) (Entered: 05/02/2005) |
| 05/17/2005 | 20 | Proposed Document(s) submitted by New York Life Insurance and Annuity Corporation. Document received: Joint Stipulated Protective Order. (Wong, Levina) (Entered: 05/17/2005) |
| 05/31/2005 | 21 | Judge Rya W. Zobel : ORDER entered. STIPULATED PROTECTIVE ORDER(Urso, Lisa) Modified on 6/2/2005 (Johnson, Jay). (Entered: 06/01/2005) |
| 08/30/2005 | 22 | JOINT SUBMISSION pursuant to Local Rule 16.1 *Joint Stipulation to Amend Scheduling Order* by Barry Linton, New York Life Insurance and Annuity Corporation.(Mulligan, Mark) (Entered: 08/30/2005) |
| 08/31/2005 | ● | Notice of correction to docket made by Court staff. Correction: #22 Joint Submission corrected because: Document not signed by attorney who filed document. (e-mail sent describing the fix) (Johnson, Jay) (Entered: 08/31/2005) |
| 11/17/2005 | 23 | Joint MOTION for Extension of Time to January 23, 2006 to File Dispositive Motions by New York Life Insurance and Annuity Corporation.(Wong, Levina) (Entered: 11/17/2005) |
| 11/21/2005 | ● | Judge Rya W. Zobel : endorsedORDER entered granting 23 Motion for Extension of Time. Motions due 1/23/06; oppositions 2/13/06; hearing set for 2/22/06 at 2:00 p.m. (Urso, Lisa) (Entered: 11/22/2005) |
| 01/17/2006 | 24 | Joint MOTION for Extension of Time to February 6, 2006 to File Dispositive Motions by New York Life Insurance and Annuity Corporation.(Wong, Levina) (Entered: 01/17/2006) |
| 01/18/2006 | ● | Judge Rya W. Zobel : Electronic ORDER entered granting 24 Motion for Extension of Time; Motion to be filed by 2/6/06; opposition 3/6/06; Motion Hearing set for 3/16/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 01/18/2006) |
| 02/01/2006 | 25 | MOTION for Extension of Time to February 13 to file motion and enlarge page count by Barry Linton.(Henderson, Perry) (Entered: 02/01/2006) |

| | | |
|---|---|---|
| 02/03/2006 | | Judge Rya W. Zobel : Electronic ORDER entered granting 25 Motion for Extension of Time. Motions 2/13/06; oppositions 3/13/06; hearing remains on 3/16/06 at 2:00 p.m. (Urso, Lisa) (Entered: 02/03/2006) |
| 02/13/2006 | 26 | MOTION for Summary Judgment by New York Life Insurance and Annuity Corporation. (Attachments: # 1 Memorandum of Law# 2 Concise Statement of Undisputed Facts# 3 Affidavit John Hess, Jr.# 4 Affidavit Levina Wong# 5 Exhibit Notice of Electronic Filing of Exhibits)(Jones, Robert) (Entered: 02/13/2006) |
| 02/13/2006 | 27 | MOTION for Partial Summary Judgment by Barry Linton. (Attachments: # 1 Affidavit Barry Linton# 2 Affidavit P Andy Henderson# 3)(Henderson, Perry) Modified on 2/14/2006 (Johnson, Jay). (Entered: 02/13/2006) |
| 02/13/2006 | 28 | Exhibit B by Barry Linton. (Attachments: # 1 Exhibit # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16) (Henderson, Perry) Modified on 2/14/2006 (Johnson, Jay). (Entered: 02/13/2006) |
| 02/13/2006 | 29 | MEMORANDUM in Support re 27 MOTION for Summary Judgment filed by Barry Linton. (Attachments: # (1)) (Henderson, Perry) Additional attachment(s) added on 2/14/2006 (Johnson, Jay). (Entered: 02/13/2006) |
| 02/14/2006 | | Notice of correction to docket made by Court staff. Correction: #28 Motion for Summary Judgment corrected because: WRONG EVENT. Pleading seems to be an exhibit not a motion. Clerks office will fix. (Johnson, Jay) (Entered: 02/14/2006) |
| 02/14/2006 | 30 | MEMORANDUM in Support re 26 MOTION for Summary Judgment filed by New York Life Insurance and Annuity Corporation. (Jones, Robert) (Entered: 02/14/2006) |
| 02/14/2006 | | Documents terminated: 28 MOTION for Summary Judgment filed by Barry Linton,. (Johnson, Jay) (Entered: 02/14/2006) |
| 02/14/2006 | 31 | AFFIDAVIT in Support re 26 MOTION for Summary Judgment *of John Hess, Jr.* filed by New York Life Insurance and Annuity Corporation. (Jones, Robert) (Entered: 02/14/2006) |
| 02/14/2006 | 32 | AFFIDAVIT of Levina Wong in Support re 26 MOTION for Summary Judgment filed by New York Life Insurance and |

| | | |
|---|---|---|
| | | Annuity Corporation. (Attachments: # 1 Notice of Filing with Clerk's Office)(Jones, Robert) (Entered: 02/14/2006) |
| 03/13/2006 | 33 | Opposition re 27 MOTION for Summary Judgment filed by New York Life Insurance and Annuity Corporation. (Attachments: # 1 Response to Plaintiff's 56.1 Statement) (Jones, Robert) (Entered: 03/13/2006) |
| 03/13/2006 | 34 | Opposition re Statement of facts attached to 26 MOTION for Summary Judgment filed by Barry Linton. (Henderson, Perry) Modified on 3/14/2006 (Johnson, Jay). (Entered: 03/13/2006) |
| 03/13/2006 | 35 | MEMORANDUM in Opposition re 26 MOTION for Summary Judgment filed by Barry Linton. (Henderson, Perry) Additional attachment(s) added on 3/14/2006 (Johnson, Jay). (Entered: 03/13/2006) |
| 03/14/2006 | | Notice of correction to docket made by Court staff. Correction: #35 Memorandum in Opposition corrected because: Unsigned Document. E-mail has been sent describing the fix. (Johnson, Jay) (Entered: 03/14/2006) |
| 03/16/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Motion Hearing held on 3/16/2006 re 26 MOTION for Summary Judgment filed by New York Life Insurance and Annuity Corporation,, 27 MOTION for Summary Judgment filed by Barry Linton,. Judge takes matter under advisement; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 03/21/2006) |
| 04/03/2006 | 36 | TRANSCRIPT of Summary Judgment Hearing held on March 16, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/03/2006) |
| 04/25/2006 | 37 | NOTICE by Barry Linton *of Supplemmental Authority with Certificate of Service* (Attachments: # 1 Exhibit Recent Case) (Henderson, Perry) (Entered: 04/25/2006) |
| 04/28/2006 | 38 | Response by New York Life Insurance and Annuity Corporation to 37 Notice (Other). (Jones, Robert) (Entered: 04/28/2006) |
| 09/18/2006 | 39 | Judge Rya W. Zobel : MEMORANDUM OF DECISION AND ORDER entered granting 26 Motion for Summary |

| | | |
|---|---|---|
| | | Judgment, on all remaining counts of the complaint is allowed; denying 27 Motion for Summary Judgment. Judgment may be entered for defendant on Counts I, II, V AND VI and dismissing Counts III, IV and VII. (Urso, Lisa) (Entered: 09/19/2006) |
| 09/19/2006 | 40 | Judge Rya W. Zobel : ORDER entered. JUDGMENT in favor of defendant on Counts I, II, V and VI and dismissing Counts III, IV and VII. (Urso, Lisa) (Entered: 09/19/2006) |
| 09/29/2006 | 41 | MOTION to Alter Judgment by Barry Linton. (Attachments: # 1 Memorandum of Law in Support)(Henderson, Perry) (Entered: 09/29/2006) |
| 10/02/2006 | | Notice of correction to docket made by Court staff. Correction: #41 Motion to Alter Judgment corrected because: Memorandum in Support Should be Filed as Seperate Document. E-mail sent describing the fix. (Johnson, Jay) (Entered: 10/02/2006) |
| 10/13/2006 | 42 | Opposition re 41 MOTION to Alter Judgment filed by New York Life Insurance and Annuity Corporation. (Wong, Levina) Additional attachment(s) added on 10/16/2006 (Johnson, Jay). (Entered: 10/13/2006) |
| 10/16/2006 | | Notice of correction to docket made by Court staff. Correction: #42 Opposition corrected because: Attorney that files the document must sign the document. E-mail sent describing the fix. (Johnson, Jay) (Entered: 10/16/2006) |
| 10/25/2006 | 43 | Judge Rya W. Zobel : ORDER entered; Memorandum of Decision; denying 41 Motion to Alter Judgment (Urso, Lisa) (Entered: 10/25/2006) |
| 11/21/2006 | | Filing fee: $ 455, receipt number 76521 for 44 Notice of Appeal, (Johnson, Jay) (Entered: 11/27/2006) |
| 11/22/2006 | 44 | NOTICE OF APPEAL as to 43 Order on Motion to Alter Judgment, 40 Judgment by Barry Linton. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/12/2006. (Henderson, Perry) (Entered: 11/22/2006) |